# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Paul Junior Tacy,   ) | **JUDGMENT IN A CIVIL CASE** |
|   ) |  |
|   Plaintiff,   ) | CV 12-1098 PHX-NVW |
|   ) |  |
| v.   ) |  |
|   ) |  |
| Arizona Public Service Company,   ) |  |
|   ) |  |
|   Defendant.   ) |  |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 16, 2012, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice for failure to state a claim for relief.

BRIAN D. KARTH
District Court Executive/Clerk

July 16, 2012

 s/ Linda S Patton
By: Deputy Clerk

cc: (all counsel)